**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD HAYES, MANUEL DEMENEZES, and RONALD LEVESQUE,** | : | |
| **Plaintiffs** | : | CA 08 191 |
| **vs.** | : | **C.A. No.** |
| **SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN** | : | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446 and Local Civil Rule 81, Defendants Herbert J. Sims & Co., Sims Freedom Bay, LLC, William B. Sims and R. Jeffrey Sands give notice of the removal of this action from the Superior Court of Newport County, Rhode Island, to the United States District Court for the District of Rhode Island. Defendants state that the grounds for removal are as follows:

1. By letters dated April 21, 2008 and received on April 24 and 25, 2008, by certified mail, Defendants Herbert J. Sims & Co, Sims Freedom Bay, LLC, William B. Sims and R. Jeffrey Sands each received a copy of a Summons and Complaint purportedly filed in the Superior Court of Newport County. Accordingly, this notice of removal is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b).

2. The action is now pending in the Newport County Superior Court, designated Civil Action No. NC 08-0207.

3. Plaintiffs' counsel has afforded Defendants additional time in which to answer or otherwise respond to the Complaint, and therefore the time within which Defendants are required to answer or otherwise plead has not yet expired.

4. This Court has jurisdiction over the civil action pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332(a), in that:

(a) This is a civil action in which there is complete diversity of citizenship. Plaintiffs are citizens and residents of Rhode Island (Complaint, ¶1). Defendant Herbert J. Sims & Co. is a Connecticut corporation with its principal place of business in Southport, Connecticut. (*See* Complaint, ¶3). Sims Freedom Bay, LLC is a Connecticut limited liability company with its principal place of business in Southport, Connecticut, (*see* Complaint, ¶5), none of whose members are citizens of Rhode Island. R. Jeffrey Sands and William R. Sims are residents of Connecticut. (*See* Complaint ¶¶6-7). Upon information and belief, Sims Capital Management, LLC is a Delaware limited liability company with its principal place of business in Southport, Connecticut, (*see* Complaint ¶2), none of whose members are citizens of Rhode Island. Upon information and belief, SCM Freedom Bay, LLC is a Delaware limited liability company with its principal place of business in Southport, Connecticut (*see* Complaint ¶4), none of whose members are citizens of Rhode Island. Finally, upon information and belief, James Eagan is a resident of Connecticut. (*See* Complaint, ¶8).

(b) The amount in controversy, based on the nature of Plaintiffs' allegations and claim for punitive damages, exceeds $75,000, exclusive of interest and costs.

5. Because this action is pending in the Superior Court of Newport County, Rhode Island, venue in the United States District Court for the District of Rhode Island is proper pursuant to 28 USC §1441(a).

6. Defendants have attached to this Notice as Exhibit A all process, pleadings and orders served upon them as required by 28 U.S.C. §1446(a) and Local Civil Rule 81(a). (A copy of the Complaint was served upon each such Defendant but is attached hereto only once.)

7. Defendants' counsel will give counsel for Plaintiffs written notice of the removal of this action and will file a copy of this Notice with the Clerk of the Superior Court of Newport County, Rhode Island, as required by 28 U.S.C. §1446(d) and Local Civil Rule 81(a)(1) – (2).

8. By filing this Notice, Defendants do not waive any defense that may be available to them.

Respectfully submitted this 19th day of May, 2008.

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com

**ATTORNEYS FOR DEFENDANTS HERBERT J. SIMS & CO., SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS AND R. JEFFREY SANDS**

**OF COUNSEL:**

Paul J. Ricotta, Esq.
Mintz, Levin, Cohn, Ferris, Golvsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 348-1752
Facsimile: (617) 542-2241
pjricotta@mintz.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008, an exact copy of the within Notice of Removal was hand delivered to the United States District Court for its electronic distribution to all counsel of record as follows:

Joseph R. Palumbo, Esq.
joseph@palumbolaw.net

John E. Bulman, Esq.
jbulman@lmkbw.com

Kurt E Rof