UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD HAYES, et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 08-191 |
| SIMS CAPITAL MANAGEMENT, LLC, et al., Defendants | ) | |

NOTICE OF APPEARANCE

Now comes Michael D. Williams of the law office of Little Medeiros Kinder Bulman & Whitney, PC, and hereby enters his appearance on behalf of Defendants, Sims Capital Management, LLC, SCM Freedom Bay, LLC and James Eagan, in the above-entitled matter.

/s/Michael D. Williams
Michael D. Williams
mwilliams@lmkbw.com
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555

Dated: May 20, 2008

CERTIFICATE OF SERVICE

I hereby certify that service of the within pleading was made on all parties in interest by e-mailing the within Notice of Appearance to:

Joseph V. Cavanagh, Jr., Esquire
jvc@blishcavlaw.com
Kristin E. Rodgers, Esquire
ker@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Joseph R. Palumbo, Jr., Esquire
joseph@palumbolaw.net
294 Valley Road
Middletown, RI 02842

/s/Michael D. Williams__________

F:\MDW\Sims Capital\Federal Court Case\Notice of Appearance 052008.doc