STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2008-0207 EDWARD HAYES ET AL V SIMS CAPITAL MANAGMENT

Filing Date: 04-15-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 05-23-2008

Plaintiff: EDWARD HAYES
ID: @11003239
Plaintiff: MANUEL DEMENEZES
ID: @11003240
Plaintiff: RONALD LEVESQUE
ID: @11003242

Attorney: JOSEPH PALUMBO
Attorney: ROBERT HARRINGTON
Attorney: JOSEPH PALUMBO
Attorney: ROBERT HARRINGTON
Attorney: JOSEPH PALUMBO
Attorney: ROBERT HARRINGTON

Defendant: SIMS CAPITAL MANAGEMENT LLC
ID: @11003243
Defendant: HERBERT J SIMS AND COMPANY
ID: @11003244
Defendant: SCM FREEDOM BAY LLC
ID: @11003245
Defendant: WILLIAM SIMS
ID: @11003246
Defendant: SIMS FREEDOM BAY LLC
ID: @11003247
Defendant: R SANDS
ID: @11003248
Defendant: JAMES EAGAN
ID: @11003249

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-15-2008 | COMPLAINT FILED | |
| 04-15-2008 | INITIAL FILING FEE | |
| 04-15-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCN31389. |
| 04-30-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON FREEDOM BAY. |
| 05-05-2008 | SUMMONS,PROOF OF SERVICE FILED | (7 FILED) UPON DEFTS: WITH PROOF OF SERVICE. |
| 05-20-2008 | NOTICE OF REMOVAL | NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT. FEDERAL COURT ID # IS REQUIRED |
| 05-23-2008 | CASE REMVD TO US DISTRICT CT | A CERTIFIED COPY OF COMPLETED FILE ARE MAILED TO |

A True Copy Attest



Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2008-0207 EDWARD HAYES ET AL V SIMS CAPITAL MANAGMENT

| | | |
|---|---|---|
| | | PETITIONERS ATTORNEY. TO FEDERAL CASE ID #08-0191. |
| 05-23-2008 | OTH DOC FILED DURING DISCOV | |
| 05-23-2008 | NOTICE OF REMOVAL | TO U.S. FEDERAL COURT. DISTRICT COURT OF RHODE ISLAND. CASE # 08-191 |

rue Copy Attest



Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island