UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD HAYES, MANUEL DEMENEZES, and RONALD LEVESQUE, Plaintiffs | : | |
| vs. | : | C.A. No. 08-191 S |
| SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN, Defendants | : | |

STIPULATION EXTENDING TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT

BY AGREEMENT by and through the undersigned, defendants Herbert J. Sims & Co., Sims Freedom Bay, LLC, William B. Sims and R. Jeffrey Sands, shall have up to and including July 1, 2008, to answer or otherwise respond to the Complaint.

PLAINTIFFS,
By their Attorneys,

/s/ Joseph R. Palumbo, Jr.

Joseph R. Palumbo, Jr. (#0405)
294 Valley Road
PALUMBO LAW
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984

DEFENDANTS,
By their Attorneys,

/s/ Joseph V. Cavanagh, Jr.
/s/ Kristin E. Rodgers

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com

Dated: June 12, 2008

Of counsel:
Paul J. Ricotta, Esq.
Mintz, Levin Cohn Ferris Golvsky & Popeo
One Financial Center
Boston, MA 02111
pjricotta@mintz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its electronic distribution to all counsel of record as follows:

Joseph R. Palumbo, Esq.
joseph@palumbolaw.net

John E. Bulman, Esq.
jbulman@lmkbw.com

/s/ Joseph V. Cavanagh, Jr.
of Blish & Cavanagh LLP