UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD HAYES, MANUEL DEMENEZES, And RONALD LEVESQUE<br>Plaintiffs | ) | |
| v. | ) | C.A. No. 08-191 |
| SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN<br>Defendants | ) | |

STIPULATION EXTENDING TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT

BY AGREEMENT by and through the undersigned, defendants Sims Capital Management, LLC, SCM Freedom Bay, LLC and James Eagan, shall have up to and including July 1, 2008, to answer or otherwise respond to the Complaint.

PLAINTIFFS,
By their Attorneys,

Joseph R. Palumbo, Jr. (#0405)
Palumbo Law
294 Valley Road
Middletown, RI 02842
Tel 401-846-5200
Fax 401-848-0984

DEFENDANTS,
Sims Capital Management, LLC,
SCM Freedom Bay, LLC, and
James Eagan
By their Attorneys,

John E. Bulman (#3147)
Michael D. Williams (#6702)
R. Thomas Dunn (#7612)
Little Medeiros Kinder Bulman
& Whitney, PC.
72 Pine Street
Providence, RI 02903
Tel 401-272-8080
Fax 401-521-3555

DEFENDANTS,
Herbert J. Sims & Co.,
Sims Freedom Bay, LLC,
William B. Sims, and
R. Jeffrey Sands
By their Attorneys,

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Tel 401-831-8900
Fax 401-751-7542

F:\RTD\Sims Capital\Stip to Extend Time Ans 07-01-08.doc