UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD HAYES, MANUEL DEMENEZES, and RONALD LEVESQUE<br>Plaintiffs | ) | |
| v. | ) | C.A. No. 08-191 |
| SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN<br>Defendants | ) | |

STIPULATION EXTENDING TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT

BY AGREEMENT by and through the undersigned, all defendants shall have up to and including July 8, 2008, to answer or otherwise respond to the Complaint.

| | | |
|---|---|---|
| PLAINTIFFS,<br>Edward Hayes, Manuel Demenezes, and Ronald Levesque,<br>By Their Attorneys,<br><br>/s/ Joseph R. Palumbo, Jr.<br>Joseph R. Palumbo, Jr.(#0405)<br>jpalumbo@palumbolaw.net<br>Palumbo Law<br>294 Valley Road<br>Middletown, RI 02842<br>Tel 401-846-5200<br>Fax 401-848-0984 | DEFENDANTS,<br>Sims Capital Management, LLC, SCM Freedom Bay, LLC, and James Eagan,<br>By Their Attorneys,<br><br>/s/ Michael D. Williams<br>John E. Bulman (#3147)<br>jbulman@lmkbw.com<br>Michael D. Williams (#6702)<br>mwilliams@lmkbw.com<br>R. Thomas Dunn (#7612)<br>tdunn@lmkbw.com<br>Little Medeiros Kinder Bulman & Whitney, PC.<br>72 Pine Street<br>Providence, RI 02903<br>Tel 401-272-8080<br>Fax 401-521-3555 | DEFENDANTS,<br>Herbert J. Sims & Co., Sims Freedom Bay, LLC, William B. Sims, and R. Jeffrey Sands,<br>By Their Attorneys,<br><br>/s/ Joseph V. Cavanagh<br>Joseph V. Cavanagh, Jr. (#1139)<br>jvc@blishcavlaw.com<br>Kristin E. Rodgers (#4842)<br>ker@blishcavlaw.com<br>Blish & Cavanagh LLP<br>30 Exchange Terrace<br>Providence, RI 02903<br>Tel 401-831-8900<br>Fax 401-751-7542 |

f:\mdw\sims capital\hayes\stip to extend time ans 07-08-08.doc