**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD HAYES, MANUEL DEMENEZES, and RONALD LEVESQUE** | } | |
| **Plaintiffs** | } | |
| **v.** | } | **C.A. No. 08-191S** |
| **SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN** | } | |
| **Defendants** | } | |

**PLAINTIFFS' REPLY TO COUNTECLAIM**
**OF DEFENDANT SIMS FREEDOM BAY, LLC.**

Now come plaintiffs and respond to the Counterclaim of defendant Sims Freedom Bay, LLC. as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Plaintiffs/Counterclaim defendants are without information sufficient to form a belief as to the truth of the allegations of paragraph 5.

6. Admitted.

7. Admitted.

8. Plaintiffs/Counterclaim defendants are without information sufficient to form a belief as to the truth of the characterizations of the document referred to in paragraph 8 and answering further state that the document speaks for itself.

9. Admitted.

10. Plaintiffs/Counterclaim defendants are without information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and answering further state that the allegations contained therein call for a legal conclusion.

11. Plaintiffs/Counterclaim defendants incorporate by reference their responses to paragraphs 1 through 10 as though fully set forth herein.

12. Plaintiffs/Counterclaim defendants are without information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and answering further state that the allegations contained therein call for a legal conclusion.

13. Plaintiffs/Counterclaim defendants are without information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and answering further state that the allegations contained therein call for a legal conclusion.

14. Plaintiffs/Counterclaim defendants are without information sufficient to form a belief as to the truth of the allegations contained in paragraph 14.

FIRST AFFIRMATIVE DEFENSE

Plaintiffs/Counterclaim defendants assert the defenses of estoppel and waiver.

SECOND AFFIRMATIVE DEFENSE

Plaintiffs/Counterclaim defendants assert the defense of failure of consideration.

THIRD AFFIRMATIVE DEFENSE

Plaintiffs/Counterclaim defendants assert the defense of fraud.

FOURTH AFFIRMATIVE DEFENSE

Plaintiffs/Counterclaim defendants assert the defense of setoff.

FIFTH AFFIRMATIVE DEFENSE

Plaintiffs/Counterclaim defendants assert the defense of accord and satisfaction.

By Their Attorney,

/s/Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr., Esq. (#0405)
294 Valley Road
Middletown, RI 02842
Tel: 401-846-520
Fax: 401-848-0984
Email: joseph@palumbolaw.net

CERTIFICATE OF SERVICE

I, Joseph R. Palumbo, Jr., hereby certify that on the 28th day of July, 2008, I electronically filed the foregoing Plaintiffs' Reply to Counterclaim of Defendant Sims Freedom Bay, LLC with the Clerk of the United States District Court for the District of Rhode Island. The following participants have received notice electronically:

Joseph V. Cavanagh, Jr., Esquire
jvcblishcavlaw.com

Kristin E. Rogers, Esquire
ker@blishcavlaw.com

John E. Bulman, Esquire
jbulman@lmkbw.com

Michael D. Williams, Esquire
mwilliams@lmkbw.com

R. Thomas Dunn, Esquire
tdunn@lmkbw.com

/s/ Joseph R. Palumbo, Jr.