UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD HAYES, MANUEL DEMENEZES, and RONALD LEVESQUE, Plaintiffs, | : | |
| v. | : | C.A. No. 08-191-S |
| SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN, Defendants. | : | |

RULE 16 STATEMENT ON BEHALF OF HERBERT J. SIMS & CO., INC., SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS AND R. JEFFREY SANDS

Now come Defendants Herbert J. Sims & Co., Inc. ("HJ Sims & Co."), Sims Freedom Bay, LLC ("Sims Freedom Bay"), William B. Sims ("Sims") and R. Jeffrey Sand "(Sands," and collectively "These Defendants") and submit the within memorandum pursuant to Rule 16( c ) of the Local Rules of Civil Procedure.

BACKGROUND

This case arises from the inability of the Plaintiffs, as members of a limited liability company known as Adult Assisted Care Associates, LLC ("AACA"), to successfully develop a senior living and assisted care facility, known as "Freedom Bay," located on property in Middletown and Portsmouth, Rhode Island. The defendant, Sims Freedom Bay LLC served as a the junior lender to AACA in connection with the Freedom Bay development. Specifically, Sims Freedom Bay LLC loaned AACA Six Million Dollars ($6,000,000.00) as a mezzanine loan at a time when the project could not pay its primary lender, HSH Nordbank, N.A. which was owed more than $20 million, could not pay its contractors and subcontractors which were owed more than $7 million, and was on the brink of foreclosure and liquidation.

Plaintiffs have sought to join a number of parties who have no connection with their supposed causes of action. Defendant, HJ Sims & Co., was neither a lender to, nor a partner with Plaintiffs or AACA in the development of Freedom Bay. Rather, HJ Sims & Co. was simply the placement agent for taxable bonds issued by Sims Freedom Bay in order to generate the cash necessary to make the mezzanine loan to AACA. Individual defendants Sims and Sands are officers of HJ Sims & Co., and at all times material hereto were not acting in their individual capacities, as was known by Plaintiffs.

Plaintiffs' claims erroneously blur the actions of all defendants as if they were one. Such is not the case. Sims Freedom Bay is a separate legal entity from Sims Capital Management, LLC and SCM Freedom Bay, LLC. Neither Sims nor Sands are individual members of any of the aforementioned entities. Moreover, HJ Sims & Co., as a placement agent, did not enter into any agreements with Plaintiffs or AACA, as a lender or otherwise.

The evidence will demonstrate that These Defendants did not owe any duties, fiduciary or otherwise, to Plaintiffs. All decisions to borrow money from Sims Freedom Bay on the terms offered were made voluntarily by the Plaintiffs and with full knowledge. Sims Freedom Bay acted solely as a lender, not as a supposed consultant or advisor, and never gave the Plaintiffs commitments to provide or procure future loans. When the mezzanine loan was made, none of These Defendants had a controlling interest in AACA, which was retained by the Plaintiffs. After the loan was made, These Defendants had no duty to take on personal liability to save the Plaintiffs from their inability to develop Freedom Bay. No other lender or buyer ever gave the Plaintiffs a commitment to finance or purchase Freedom Bay. Finally, the evidence will show that the Plaintiffs were given every opportunity to contest the proposed tax allocation and, in any

event, each Plaintiff is entitled to contest his own taxes in appropriate administrative and judicial proceedings.

The evidence will also show that it was Plaintiffs who breached their obligations to Sims Freedom Bay in failing to pay the amounts due to Sims Freedom Bay pursuant to the written guarantee executed by each Plaintiff in his individual capacity.

In any event, Plaintiffs executed a written document on May 22, 2006, expressly releasing lenders, including Sims Freedom Bay, from any known or unknown claims which Plaintiffs and/or AACA then or at any time in the future may have, whether founded in contract, in tort, or pursuant to any other theory of liability, including, but not limited to, any claims arising out of, or related to the mezzanine loan. This express, written release and waiver is an outright bar to any claims brought by Plaintiffs against These Defendants.

COUNTERCLAIM OF SIMS FREEDOM BAY

Sims Freedom had a written guarantee executed by each of the plaintiffs in his individual capacity by which each plaintiff jointly and severally guaranteed to Sims Freedom Bay, *inter alia*, the full payment due under the terms of the AACA Loan Agreement and Note. AACA has defaulted on its obligations under the terms of the Loan Agreement and Note, and plaintiffs have failed to satisfy such obligations under the Guaranty.

Sims Freedom Bay has counterclaimed for breach of the Guaranty, which requires proof that plaintiff, having been charged with such obligation, intended to become liable for the debt of the principal debtor, AACA. *Central Soya Co. v. Henderson*, 99 R.I. 388, 393, 208 A.2d 110, 114 (1965).

HERBERT J. SIMS & CO., INC., SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS AND R. JEFFREY SANDS

By their Attorneys,

\s\ Kristin E. Rodgers

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com

Of counsel:
Paul J. Ricotta, Esq.
Mintz, Levin Cohn Ferris Golvsky & Popeo
One Financial Center
Boston, MA 02111
pjricotta@mintz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2008, an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its electronic distribution to all counsel of record as follows:

Joseph R. Palumbo, Esq.
joseph@palumbolaw.net

John E. Bulman, Esq.
jbulman@lmkbw.com

Michael D. Williams, Esq.
mwilliams@lmkbw.com

R. Thomas Dunn, Esq.
tdunn@lmkbw.com

\s\ Kristin E. Rodgers

_______________________________
of Blish & Cavanagh LLP

F:\DOCS\ker1\KER 1\Sims\Caption signature block and cert.docx