UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD HAYES, MANUEL DEMENEZES, and RONALD LEVESQUE<br>Plaintiffs | ) | |
| v. | ) | C.A. No. 08-191 |
| SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN<br>Defendants | ) | |

**STIPULATION TO AMEND ANSWER AND EXTEND TIME TO ANSWER INTERROGATORIES**

BY AGREEMENT by and through the undersigned counsel, Plaintiffs hereby consent to Defendants Sims Capital Management, LLC, SCM Freedom Bay, LLC, and James Eagan amending their filed Answer in this action to revise paragraphs 8 and 30. Further Plaintiffs also hereby grant Defendant James Eagan an additional thirty days to answer the interrogatories that they have propounded to him.

PLAINTIFFS,
Edward Hayes, Manuel Demenezes,
and Ronald Levesque,
By Their Attorneys,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr.(#0405)
jpalumbo@palumbolaw.net
Palumbo Law
294 Valley Road
Middletown, RI 02842
Tel 401-846-5200
Fax 401-848-0984

DEFENDANTS,
Sims Capital Management, LLC,
SCM Freedom Bay, LLC, and
James Eagan,
By Their Attorneys,

/s/ Michael D. Williams
John E. Bulman (#3147)
jbulman@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
R. Thomas Dunn (#7612)
tdunn@lmkbw.com
Little Medeiros Kinder Bulman &
Whitney, PC.
72 Pine Street
Providence, RI 02903
Tel 401-272-8080
Fax 401-521-3555

Dated: September 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that service of the within pleading was made on all parties in interest by e-mailing the within Notice of Appearance to:

Joseph V. Cavanagh, Jr., Esquire
jvc@blishcavlaw.com
Kristin E. Rodgers, Esquire
ker@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Joseph R. Palumbo, Jr., Esquire
joseph@palumbolaw.net
294 Valley Road
Middletown, RI 02842

/s/ Michael D. Williams

f:\mdw\sims capital\hayes\stip to amend and extend time to answer interrogatories.doc