UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD HAYES, MANUEL DEMENEZES, and RONALD LEVESQUE, Plaintiffs, | : | |
| v. | : | C.A. No. 08-191-S |
| SIMS CAPITAL MANAGEMENT, LLC, HERBERT J. SIMS & CO., SCM FREEDOM BAY, LLC, SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS, R. JEFFREY SANDS, and JAMES EAGAN, Defendants. | : | |

**STIPULATION TO EXTEND TIME TO ANSWER INTERROGATORIES AND RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS**

By and through the agreement of the undersigned counsel, defendants Herbert J. Sims & Co., Inc., Sims Freedom Bay, LLC, William B. Sims and R. Jeffrey Sands shall have up through and including October 1, 2008 in which to respond to Plaintiffs' First Set of Interrogatories Propounded to William B. Sims, Plaintiffs' First Set of Interrogatories Propounded to R. Jeffrey Sands, and Plaintiffs' First Request for Production of Documents Addressed to Defendants.

EDWARD HAYES, MANUEL DEMENEZES, AND RONALD LEVESQUE

By their Attorneys,

/s/ Joseph R. Palumbo, Jr.

Joseph R. Palumbo, Jr. (#0405)
Palumbo Law
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
jpalumbo@palumbolaw.net

HERBERT J. SIMS & CO., INC., SIMS FREEDOM BAY, LLC, WILLIAM B. SIMS AND R. JEFFREY SANDS

By their Attorneys,

/s/ Kristin E. Rodgers

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
jvc@blishcavlaw.com
ker@blishcavlaw.com

Of counsel:
Paul J. Ricotta, Esq.
Mintz, Levin Cohn Ferris Golvsky & Popeo
One Financial Center
Boston, MA 02111
pjricotta@mintz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2008, an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its electronic distribution to all counsel of record as follows:

Joseph R. Palumbo, Esq.
joseph@palumbolaw.net

John E. Bulman, Esq.
jbulman@lmkbw.com

Michael D. Williams, Esq.
mwilliams@lmkbw.com

R. Thomas Dunn, Esq.
tdunn@lmkbw.com

/s/ Kristin E. Rodgers
______________________________
of Blish & Cavanagh LLP

F:\DOCS\ker1\KER 1\Sims\Stip.docx